UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Washington International
Insurance Company, et al.

    v.                              Civil No. 10-cv-526-LM

Ashton Agency, Inc.

O R D E R

On today's date, a telephone conference was held on plaintiffs' Motion for Preliminary Injunction (doc. no. 16). Attorney Bradford R. Carver appeared for plaintiffs, and Attorneys Martha Van Oot and Jeffrey C. Spear appeared for defendant.

Consistent with matters discussed during the telephone conference, the court issues the following scheduling order:

- Hearing on Plaintiffs' motion on May 10 at 10:00 a.m.
- Parties shall file briefs on or before May 2, 2011, on the threshold question of whether plaintiffs are entitled to injunctive relief in light of defendant's recent concessions, including that the premiums on the Florida MVD Bonds have been paid to a different insurance company.

- Parties assert they can reach agreement on any expedited discovery necessary prior to the hearing.

- To the extent the parties are unable to reach agreement on a procedural and/or preliminary issue related to the hearing, the parties shall file a joint request for a telephone conference, explaining the nature and basis of the disagreement.

- Parties shall file a stipulation of facts on or before May 9, 2011, setting forth those facts not in dispute. In the same filing, the parties shall include a statement of disputed facts (i.e., a list of facts that a party contends will not be established at the hearing).  The court appreciates brevity and prefers lists rather than lengthy narrative.

- Parties shall confer before the hearing to identify all areas of agreement and disagreement as to the admissibility of each witness ad exhibit.  On or before May 9, 2011, parties shall jointly file a list of agreed-upon witnesses and exhibits and shall set forth in the same filing any disagreements with respect thereto separately and succinctly.  Again, the court

- encourages lists, tables, charts and any formats that inhibit lengthy narrative.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated: April 4, 2011

cc: Bradford R. Carver, Esq.
Geoffrey M. Coan, Esq.
Jeffrey C. Spear, Esq.
Martha Van Oot, Esq.