UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Washington International
Insurance Company, et al.</u>

    v.                                 Civil No. 10-cv-526-LM

<u>Ashton Agency, Inc., et al.</u>

<u>O R D E R</u>

On November 22, 2011, a preliminary pretrial conference was held in this case. Attorney Bradford Carver appeared for plaintiffs and Attorney Martha Van Oot appeared for defendant. Following discussion with counsel, the court adopts the parties' proposed discovery plan but places the case on an expedited rather than standard track.

The key deadlines in the expedited scheduling order are summarized in the chart below.

| Scheduling Designation | Deadline |
|---|---|
| **Completion of Discovery** | March 14, 2012 |
| **Joinder of Additional Parties** | Plaintiffs: December 9, 2011<br>Defendant: January 6, 2012 |
| **Third-Party Actions** | December 9, 2011 |
| **Amendment of Pleadings** | Plaintiffs: December 9, 2011<br>Defendant: January 6, 2012 |
| **Dispositive Motions** | Dismiss: December 19, 2011<br>Summary Judgment: January 16, 2012 |
| **Trial Date** | Two-week period beginning May 15, 2012 |

To the extent the discovery plan conflicts with this order, this order controls.

As discussed with counsel, counsel may request a status conference with the court to assist in expedited resolution of any pretrial or case management issues that arise between today's date and the trial date.

_____
Landya B. McCafferty
United States Magistrate Judge

Date: November 22, 2011

cc:  Bradford R. Carver, Esq.
     Geoffrey M. Coan, Esq.
     Jeffrey C. Spear, Esq.
     Martha Van Oot, Esq.